## Bob BETTY v. STATE.

No. 15824.

Court of Criminal Appeals of Texas.

May 24, 1933.

S. F. Rose, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Burglary is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Olin BRATCHER v. STATE.

No. 16062.

Court of Criminal Appeals of Texas.

May 31, 1933.

Marshall & King, of Graham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery; punishment being assessed at five years in the penitentiary.

Appellant has filed in this court his affidavit advising that he desires no further to prosecute his appeal.

In compliance with his request, the appeal is dismissed.

## Ed BRITTON v. STATE.

No. 16031.

Court of Criminal Appeals of Texas.

May 10, 1933.

Pat Pittman, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for two years.

The evidence heard in the trial court is not brought forward for review. There are no bills of exception complaining of the rulings of the court. The indictment is regular and regularly presented.

In the motion for new trial there is an averment that certain arguments were made. This is not verified by any bills of exception; nor does it appear that the court's attention was drawn to the arguments at the time they are charged to have been made.

We find nothing in the record which would warrant this court in disturbing the verdict.

The judgment is affirmed.

## Armin CICHANOSKY v. STATE.

No. 16045.

Court of Criminal Appeals of Texas.

May 10, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for a period of twenty-five years.

The indictment appears regular and regularly presented. No irregularities have been found or perceived in the record. There are no complaints of the rulings of the court by bills of exception or otherwise. The evidence heard in the trial court is not brought up for review.

The judgment is affirmed.